928

No. 576. United States ex rel. Dolenz v. Shaughnessy, District Director, Immigration and Naturalization Service. C. A. 2d Cir. Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion certiorari should be granted. *Alfred Feingold* and *Aloysius C. Falussy* for petitioner. *Acting Solicitor General Stern, Beatrice Rosenberg* and *J. F. Bishop* for respondent.

No. 72, Misc. Sukowski v. Ragen, Warden. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se*. *Ivan A. Elliott,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 307, Misc. Cramer v. Illinois. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 336, Misc. Johnson v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cummings; Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 347, Misc. King v. California. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 355, Misc. Nitch v. Superintendent of Norwich State Hospital et al. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 356, Misc. Bernatowicz v. Illinois. Supreme Court of Illinois. Certiorari denied.